IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DOVIE STEWART
o/b/o DANIEL STEWART, deceased                                PLAINTIFF

         v.     Civil No. 2:12-cv-02158-RTD-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                DEFENDANT

## J U D G M E N T

Now on this 2nd day of July, 2013, comes for consideration the Report and Recommendation dated June 11, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  No objections were filed.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation and dismisses Plaintiff's Complaint with prejudice.

     IT IS SO ORDERED.

                                        */s/ Robert T. Dawson*
                                        Honorable Robert T. Dawson
                                        United States District Judge